United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMEKA ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00367 |
| | § | |
| HARRIS COUNTY CONSTABLE | § | |
| PRECINCT 3, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 8, 2023, the Court ordered *pro se* Plaintiff Chemeka Alexander to pay the required filing fees for her case by July 10, 2023. Doc. #28. In its Order, the Court stated that "[f]ailure to pay will result in dismissal of Plaintiff's case." *Id.* A copy of the June 8 Order was mailed via USPS to Plaintiff's address on record on or before June 12, 2023. As of the writing of this Order, Plaintiff has yet to pay her filing fees. The Court's June 8 Order was the second notification to Plaintiff that her case could be dismissed if she failed to pay—the Clerk of the Court informed Plaintiff via a letter dated February 13, 2023, of the same. *See* Doc. #3.

Accordingly, Plaintiff's Complaint against Defendants Harris County Constable Precinct 3 and Harris County Justice of the Peace Precinct 3 Place 1 is hereby DISMISSED without prejudice due to her failure to pay the filing fees.

It is so ORDERED.

_____
OCT 2 0 2023
Date

_____
The Honorable Alfred H. Bennett
United States District Judge